UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREEM JAMES,

      Plaintiff,                                     CASE NO.:     8:18-cv-01288-JSM-AEP

v.

CREDIT ONE BANK, N.A., AND
DIVERSIFIED CONSULTANTS, INC.,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      **COME NOW**, Plaintiff, **KAREEM JAMES** ("Plaintiff"), and Defendants, **CREDIT ONE BANK, N.A. and DIVERSIFIED CONSULTANTS, INC.** (collectively "Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendants should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

      Respectfully submitted this **July 31, 2018**,

| | | |
|---|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Robert F. Springfield* | */s/ Dayle M. Van Hoose* |
| Kaelyn Steinkraus, Esq. | Robert F. Springfield, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 10871 | Florida Bar No. 16277 |
| Michael A. Ziegler, Esq. | Burr & Foreman, LLP | Sessions, Fishman, Nathan, |
| Florida Bar No. 74864 | 200 S. Orange Ave., Ste. 800 | Israel, LLC |
| Law Office of Michael A. Ziegler, P.L. | Orlando, FL 32801 | 3350 Buschwood Park Drive |
| | (p) (407) 540-6600 | Suite 195 |
| 13575 58th Street North, Ste. 129 | (f) (407) 540-6601 | Tampa, FL 33618 |
| | fspringfield@burr.com | (p) (813) 440-5327 |
| Clearwater, FL 33760 | *Attorney for Credit One Bank, N.A.* | (f) (866) 466-3140 |
| (p) (727) 538-4188 | | dvanhoose@sessions.legal |
| (f) (727) 362-4778 | | *Attorney for Diversified Consultants, Inc.* |
| mike@zieglerlawoffice.com | | |
| kaelyn@zieglerlawoffice.com | | |
| *Attorneys for Plaintiff* | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **31st** day of **July, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132