**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAREEM JAMES,

    Plaintiff,

v.                                            Case No: 8:18-cv-1288-T-30AEP

CREDIT ONE BANK, N.A. and
DIVERSIFIED CONSULTANTS, INC.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal without Prejudice (Dkt. 17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of August, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record